# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUDY STANFORD,<br><br>    Plaintiff,<br><br>v.<br><br>NEVADA GOVERNOR JOSEPH M. LOMBARDO, et al.,<br><br>    Defendants. | Case No. 3:23-cv-00642-ART-CSD<br><br>**ORDER GRANTING MOTION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY**<br><br>Re: ECF No. 19 |

Plaintiff Trudy Standford's motion for permission to file electronically, (ECF No. 19), is **GRANTED**. In order for Plaintiff to file documents electronically, she is required to register and maintain a CM/ECF account, which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Plaintiff shall also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website. Plaintiff is instructed that this order granting permission to file on CM/ECF is applicable only to this case.

**IT IS SO ORDERED.**

DATED: February 20, 2024.

_____
UNITED STATES MAGISTRATE JUDGE