# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRUDY STANFORD,<br><br>                     Plaintiff,<br><br>v.<br><br>JOE LOMBARDO, *et al.*,<br><br>                     Defendants. | 3:23-cv-00642-ART-CSD<br><br>**ORDER** |

The court is in receipt of correspondence from Plaintiff dated June 13, 2024.

Plaintiff is advised that she should refrain from corresponding directly with the court and communications with the court should be made in the form of a pleading filed with the court and served on opposing counsel. LR IA 7-1(b) states:

> Except as provided in subsection (a), an attorney or prose party must not send case-related correspondence, such as letters, emails, or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties. The court may strike any case-related correspondence filed in the court's docket that is not styled as a motion, stipulation, or notice.

**IT IS SO ORDERED.**

DATED: June 17, 2024.



Craig S. Denney
United States Magistrate Judge

Trudy Stanford
2 Heather Circle
Carson City, NV 89701
(775) 882-9574

June 13, 2024

Craig S. Denney
U.S. Magistrate Judge
400 S. Virginia Street
Reno, NV 89501

Re: Notice for Direction/Case No. 3:23-CV-00642-ART-CSD

Dear Magistrate Judge Denney:

I am a self-represented individual and the Plaintiff in the above referenced matter. I require direction regarding the proper way my case should proceed.

1. Complaint was filed on December 14, 2023.
2. Governor Lombardo was served on January 10, 2024, Jack Robb was served on January 5, 2024, and Rob Boehmer was served on January 8, 2024.
3. Motion to Dismiss was filed on February 1, 2024.
4. Response to Motion to Dismiss was filed on February 21, 2024.
5. Motion for Leave to File First Amended Complaint was filed on February 21, 2024.
6. First Amended Complaint accompanied Motion for Leave to File First Amended Complaint.
7. Proposed Summons Attorney General Aaron Ford was filed on February 9, 2024. Due to the delay in the Court's ruling an extension to serve is now required.
8. CMC was held on April 14, 2024.
9. Motion for Determination of Request for Leave to File First Amended Complaint and Issuance of Summons was filed on May 24, 2024.

It is my understanding that I require the Court to grant or deny my Motion for Leave to file the First Amended Complaint and that the Court must issue a ruling on the Motion to Dismiss before I may proceed with Discovery.

As they say, the clock is ticking, and I would like to proceed with the litigation concerning this matter. Please provide the necessary direction to allow me to comply with court procedure.

Respectfully yours,

Trudy Stanford
Self-Represented Plaintiff

cc:   Nevada Governor, Joe Lombardo
      Nevada Dept. Of Administration, Director, Jack Robb
      Nevada Deferred Compensation, Executive Officer, Rob Boehmer
      Nevada Attorney General, Aaron Ford